## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00456** - *BNB*

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

MARY ELIZABETH SEVERANCE,

      Plaintiff,

v.

JOHN SNOW,
MARK EVERSON,
DENNIS PARIZEK,
THOMAS MATTHEWS, and
SCOTT B. PRENTKY, et al,

      Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document title "Notice of Transfer ........", a document titled " Declaratory Judgment....".  She has failed either to pay the $250.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  The court has determined that the documents are deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   <u>X</u>    is not submitted

Dockets.Justia.com

(2)    __     is not on proper form (must use the court's current form)
(3)    __     is missing original signature by Plaintiff
(4)    __     is missing affidavit
(5)    __     affidavit is incomplete
(6)    __     affidavit is not notarized or is not properly notarized
(7)    __     names in caption do not match names in caption of complaint, petition or application
(8)    __     An original and a copy have not been received by the court. Only an original has been received.
(9)    _X_     other: <u>motion is necessary only if filing fee is not paid in advance</u>.

**Complaint or Petition:**
(10)   _X_     is not submitted
(11)   __     is not on proper form (must use the court's current form)
(12)   __     is missing an original signature by the Plaintiff
(13)   __     is incomplete
(14)   _X_     uses et al. instead of listing all parties in caption
(15)   __     An original and a copy have not been received by the court. Only an original has been received.
(16)   __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __     names in caption do not match names in text
(18)   __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __14th__ day of __March_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00456** -ß^NB

Mary E. Severance
c/o 1518 Saratoga Rd.
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on _3-14-06_

GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk